UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Securities Exchange Commission
Plaintiff,

v.

Case No.: 1:17−cv−04686
Honorable Joan B. Gottschall

Seyed Taher Kameli, et al.
Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants have filed four motions to dismiss plaintiff's original complaint. Responses to those motions are due 2/8/18. On 1/29/18, plaintiff exercised its right to amend its complaint as a matter of course, filing its First Amended Complaint [105]. See Fed. R. Civ. P. 15(a)(1). Because "an amended complaint supersedes any prior complaint, and becomes the operative complaint," Riley v. Elkhart Cmty. Schs., 829 F.3d 886, 890 (7th Cir. 2016) (citing Anderson v. Donahoe, 699 F.3d 989, 997 (7th Cir. 2012)), the motions to dismiss the original complaint ([100], [101], [102], and [103]) are denied as moot. E.g., Elward v. Electrolux Home Prods., Inc., 214 F. Supp. 3d 701, 709 (N.D. Ill. 2016) ("Electrolux's motion to dismiss filed prior to the filing of the First Amended Complaint is stricken as moot."); Miller v. Material Scis. Corp., 986 F. Supp. 1104, 1105 (N.D. Ill. 1997) (denying motion to dismiss as moot after granting motion for leave to file amended complaint). Defendants shall answer or otherwise plead to the first amended complaint [105] on or before 2/20/18. A status conference is set for 2/28/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.