## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Securities Exchange Commission
                              Plaintiff,

v.                                          Case No.: 1:17−cv−04686
                                            Honorable Joan B. Gottschall

Seyed Taher Kameli, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Motion to withdraw Michelle A. Miner as counsel for intervenors Zengxin Li and Renzhi Liu [117] is granted. Motion hearing set for 3/7/18 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.