UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Securities Exchange Commission
                    Plaintiff,
v.                                              Case No.: 1:17−cv−04686
                                                Honorable Joan B. Gottschall
Seyed Taher Kameli, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff SEC's motion to disqualify Taher Kameli and his law firms from acting as counsel for certain relief defendants [120] is briefed as follows: response due 3/21/18; reply due 4/4/18. Motion hearing set for 3/7/18 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.