## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

United States Securities and Exchange
Commission

                                        Plaintiff,

v.                                                      Case No.: 1:17–cv–04686

                                                        Honorable Joan B.
                                                        Gottschall

Seyed Taher Kameli, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: For the reasons stated in the memorandum opinion and order, defendants' motion to dismiss [199] is denied and the SEC's motion to strike [200] is denied as moot. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.