IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SEYED TAHER KAMELI, CHICAGOLAND FOREIGN INVESTMENT GROUP, LLC, and AMERICAN ENTERPRISE PIONEERS, INC.<br><br>Defendants,<br><br>and<br><br>BRIGHT OAKS PLATINUM PORTFOLIO, LLC, PLATINUM REAL ESTATE AND PROPERTY INVESTMENTS, INC., and BRIGHT OAKS DEVELOPMENT, INC.,<br><br>Relief Defendants. | Civil Action No. 1:17-cv-4686<br><br>Hon. Franklin U. Valderrama<br><br>Mag. Judge Hon. Maria Valdez |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF JUDGMENT BY CONSENT AGAINST DEFENDANTS SEYED TAHER KAMELI, CHICAGOLAND FOREIGN INVESTMENT GROUP, LLC, AND AMERICAN ENTERPRISE PIONEERS, INC., AND RELIEF DEFENDANTS BRIGHT OAKS PLATINUM PORTFOLIO, LLC, PLATINUM REAL ESTATE AND PROPERTY INVESTMENTS, INC., AND BRIGHT OAKS <u>DEVELOPMENT, INC.</u>**

Plaintiff, U.S. Securities and Exchange Commission (the "SEC"), respectfully moves this Court for entry of Judgment by consent against Defendants Seyed Taher Kameli, Chicagoland Foreign Investment Group, LLC, and American Enterprise Pioneers, Inc. (collectively, "Defendants"), and Relief Defendants Bright Oaks Platinum Portfolio, LLC, Platinum Real Estate and Property Investments, Inc., and Bright Oaks Development, Inc. (collectively, "Relief Defendants"). The SEC has filed a Second Amended Complaint against Defendants and Relief Defendants. (*See* Docket Entry No. 192). Defendants and Relief Defendants have agreed to resolve this matter by the entry of a Judgment. (*See* Exhibit A, Consent of Defendants and Relief Defendants). Accordingly, the SEC now submits proposed a Judgment against Defendants and Relief Defendants. (*See* Exhibit B, proposed Judgment). The SEC has submitted this proposed Judgment to the Court's e-mail address at Proposed_Order@ilnd.uscourts.gov. Defendants and Relief Defendants agree to the motion.

WHEREFORE, the SEC respectfully requests that this Court: (i) grant this agreed motion; (ii) enter a Judgment by consent against Defendants and Relief Defendants; and (iii) award such other and further relief as this Court deems just.

Dated: December 24, 2021   Respectfully submitted,

/s/*Eric M. Phillips*
Eric M. Phillips
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 24, 2021, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to the following counsel of record:

J. Nicolas Albukerk
Albukerk and Associates
1111 Westgate St.
Oak Park, IL 60301
Telephone: (773) 847-2600

Taher Kameli
Kameli & Associates, P.C.
1319 South State Street, Suite C-2
Chicago, Illinois, 60605
Telephone:  (312) 233-1000

*Counsel for Defendants and/or Relief Defendants*

                                                     /s/ Eric M. Phillips
                                                     Eric M. Phillips